# Court of Appeals
# of the State of Georgia

ATLANTA, June 16, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2210. MOHAMMAD JAFAR ISMAIL et al. v. RPT REALTY, LP.

RPT Realty, LP ("RPT Realty") filed suit against multiple defendants, including Mohammad Jafar Ismail and Lubna A. Ismail ("the Ismails"). The Ismails, in turn, filed a third party complaint against Syed Amjad Ali and Sharmin Chowdhury.[1] RPT Realty moved for summary judgment against the Ismails, and the trial court granted the motion on July 16, 2025. The Ismails filed a motion for reconsideration, which was denied on September 3, 2025. The Ismails then appealed, but the appeal was dismissed because the notice of appeal was untimely as to the July 16 order and the motion for reconsideration did not extend the time for seeking appellate review. See Case No. A26A0926 (Jan. 8, 2026). Following remittitur, the Ismails filed a motion for entry of default judgment against Ali and Chowdhury. The trial court granted default judgment on April 27, 2026, and the Ismails filed this appeal. We, however, lack jurisdiction.

It is apparent from the Ismails' notice of appeal that they are attempting to appeal the trial court's July 16 summary judgment order and the September 3 order denying the motion for reconsideration. Given the dismissal of their prior appeal from the same orders, the Ismails are not entitled to a second appeal. See *Mitchell v. Oliver*, 254 Ga. 112, 114(1) (327 SE2d 216) (1985) ("[A] losing party on summary judgment who puts the machinery of immediate appellate review under OCGA § 9–11–56(h) into motion, yet commits a procedural default fatal to his appeal, is foreclosed from

---

[1] The record does not contain the third-party complaint.

thereafter resubmitting the matter for review on appeal of the final judgment."). Accordingly, this appeal is hereby DISMISSED. See *Harmon v. Progressive Premier Ins. Co. of Illinois*, 370 Ga. App. 540, 541(1) (897 SE2d 653) (2024).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/16/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*